UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Emily Hunter, | ) ) ) | |
| Plaintiff, | ) ) | No. 4:23-cv-01396-MAL |
| v. | ) ) | |
| SSM HEALTH CARE CORPORATION, SSM-SLUH, INC.,  SSM HEALTH CARE GROUP, INC. d/b/a SLU-CARE PHYSICIAN GROUP, NICOLE MAYRIGHT, and JOHNNY TRUONG | ) ) ) ) ) ) ) ) | **FILED UNDER SEAL** |
| Defendants. | ) | |

**UNITED STATES' NOTICE OF PARTIAL INTERVENTION
FOR PURPOSE OF SETTLEMENT**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2), the United States notifies the Court of its election to partially intervene as to Defendant SSM Health Care Corporation in this civil action for purposes of settlement.

The United States, Relator Emily Hunter and Defendant SSM Healthcare Corporation have reached an agreement ("Settlement Agreement") that will resolve all FCA claims against SSM Health Care Corporation in this civil action.

Pursuant to the terms of the Settlement Agreement, the United States and Relator are filing in conjunction with this notice a Joint Stipulation of Voluntary Dismissal of this action.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

By:/s/ Suzanne J. Moore
SUZANNE J. MOORE, #45321MO
Assistant United States Attorney
111 S. 10th St., Room 20.333
St. Louis, Missouri 63102
P: (314) 539-2200
F: (314) 539-2196
Suzanne.moore@usdoj.gov

*Attorneys for the United States*

## CERTIFICATE OF SERVICE

A copy of the foregoing was electronically mailed this 28th day of May, 2026, to the following:

Nola J. Hitchcock Cross
Cross Law Firm, S.C.
845 North 11th Street
Milwaukee, WI 53233
njhcross@crosslawfirm.com

Attorneys for Relator

/s/ Suzanne J. Moore

2